IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | Lead Case No. 1:20-cv-01635 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Edith Liss, Eileen Clancy, Jessica Housley, Ravi Sharma, and Stephen Blair ("Plaintiffs"), voluntarily dismiss the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 13, 2021

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Email: brad@deleeuwlaw.com]

*Liaison Counsel for Plaintiffs*

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Email: mhynes@hh-lawfirm.com
Email: lhernandez@hh-lawfirm.com

*Lead Counsel for Plaintiffs*